LORENZO FASANI, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Fasani* v. *N. Y. C. & H. R. R. R. Co.*, 109 App. Div. 404, affirmed.
(Argued October 30, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been caused through defendant's negligence.

*D. F. Searle* for appellant.

*Charles T. Titus* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.